No. 61926.—United China & Glass Company *v.* United States, protest 322760–K/15155 (New Orleans).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that item 47/4420, contained in cases 8622 to 8686, page 38 of the invoice, consists of decorated earthenware saucers, valued at 55 cents or more per dozen, the claim of the plaintiff was sustained.

No. 61927.—Gehrig, Hoban & Co., Inc. *v.* United States, protest 315421–K (New York).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 61928.—Hudson Shipping Co., Inc. *v.* United States, protest 315544–K (New York).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 61929.—Wasserstein Bros. *v.* United States, protest 316057–K (New York).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

BEFORE THE FIRST DIVISION, MAY 15, 1958

No. 61930.—Camera Specialty Co., Inc., and Rohner Gehrig & Co., Inc. *v.* United States, protest 300153–K (New York).

Opinion by OLIVER, C. J. In accordance with oral stipulation of counsel that the merchandise consists of parts of cameras, not specially provided for, the claim of the plaintiffs was sustained.

No. 61931.—Max Seidman *v.* United States, protest 140548–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fox skins similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388) or *Sam Forwand Co.* v. *United States* (37 Cust. Ct. 232, C. D. 1829), the claim of the plaintiff was sustained.